In the Matter of PAMELA I.S., Respondent, v EDMUND O.E., Appellant.

Submitted March 30, 2009; decided May 5, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

DAHI RAHEIM et al., Appellants, v 8835 23RD AVENUE TENANTS CORP. et al., Respondents.

Submitted March 30, 2009; decided May 5, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of R. CHILDREN. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; ISHWARDAT R., Appellant, et al., Respondents.

Submitted March 16, 2009; decided May 5, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of STOP THE MADRASSA COMMUNITY COALITION et al., Appellants, v NEW YORK CITY DEPARTMENT OF EDUCATION et al., Respondents.

Submitted March 30, 2009; decided May 5, 2009

Motion for leave to appeal dismissed upon the ground that it does not lie (see NY Const, art VI, § 3 [b]; CPLR 5602).